IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CASE NO. 5:21-CV-00062

| CLINTON BRINSON, | ) |  |
|---|---|---|
| *Plaintiff*, | ) |  |
| v. | ) | **ORDER** |
| KATHRYN ASKEW, | ) |  |
| *Defendant.* | ) |  |

**AND**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CASE NO. 5:21-CV-00063

| CLINTON BRINSON, | ) |  |
|---|---|---|
| *Plaintiff*, | ) |  |
| v. | ) | **ORDER** |
| KATHRYN ASKEW, | ) |  |
| *Defendant.* | ) |  |

**AND**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CASE NO. 5:21-CV-00064

| CLINTON BRINSON, | ) | |
| --- | --- | --- |
| *Plaintiff,* | ) | |
| v. | ) | **ORDER** |
| KEA CONTRACTING, INC., | ) | |
| *Defendant.* | ) | |

**AND**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CASE NO. 5:21-CV-00065

| CLINTON BRINSON, | ) | |
| --- | --- | --- |
| *Plaintiff,* | ) | |
| v. | ) | **ORDER** |
| KEA CONTRACTING, INC., | ) | |
| *Defendant.* | ) | |

THESE MATTERS ARE BEFORE THE COURT on Defendants' Motion to Consolidate and to Extend Time to Respond pursuant to Rules 42(a) and 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 6.1;

AND IT APPEARING that these matters involve a common question of law or fact such that consolidation will prove beneficial, and that an extension of time is reasonable and warranted;

IT IS THEREFORE ORDERED that Defendants' Motion to Consolidate and to Extend

Time to Respond is GRANTED. These matters shall be CONSOLIDATED and the Clerk of Court shall merge these cases into one lawsuit.

IT IS FURTHER ORDERED that Defendants shall have twenty-one (21) days from the date of this Order to answer or otherwise respond to Plaintiff's Complaints.

SO ORDERED. This **5** day of March 2021.

JAMES C. DEVER III
United States District Judge